DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## TABORN v. HAMMONDS

No. 487A88.

Case below: 91 N.C. App. 302.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 4 January 1989.

## TRUESDALE v. UNIVERSITY OF NORTH CAROLINA

No. 438P88.

Case below: 91 N.C. App. 186.

Appeals by plaintiff and by defendants dismissed 4 January 1989. Petitions by plaintiff and by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989. Supplemental petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989.

## WACHOVIA BANK AND TRUST CO. v. SOUTHEAST AIRMOTIVE

No. 489P88.

Case below: 91 N.C. App. 417.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989.